Case 4:26-cv-01406   Document 9   Filed 03/15/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **AMBROSE ONWUKA,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:26-cv-01406** |
| § | |
| **PAMELA BONDI,** *et al.*, § | |
| § | |
| Respondents. § | |

# ORDER

Before the Court is Ambrose Onwuka's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment (ECF No. 7). After considering the briefing and applicable law, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and **DENIES** Respondents' Motion for Summary Judgment (ECF No. 10). The Court concludes that Respondents' re-detention of Petitioner failed to comply with 8 CFR § 241.13, thereby violating Petitioner's right to due process of law. *See, e.g., Abuelhawa v. Noem*, No. 4:25-CV-04128, 2025 WL 2937692 (S.D. Tex. Oct. 16, 2025); *Salgar v. Noem*, 4:25-cv-04797 (S.D. Tex. Nov. 14, 2025); *Nguyen v. Hyde*, 788 F. Supp. 3d 144, 150 (D. Mass. 2025). The Court is persuaded by the reasoning in these and other similar cases.

While Respondents argue that Petitioner's removal is now reasonably foreseeable because they have requested that the United Kingdom accept him, there is no indication that the United Kingdom will do so. ECF No. 7 – Ex. 1 at 3. The record indicates that Respondents previously

attempted to remove Petitioner to Togo, St. Lucia, Cameroon, Angola, and Canada to no avail. *Id.* at 2-3. Thus, Petitioner's removal is not reasonably foreseeable at this time.

The Court therefore **ORDERS** as follows:

1. Respondents shall release Petitioner from custody within forty-eight (48) hours of entry of this Order. Petitioner shall be released in a public place within the Southern District of Texas, and his counsel shall be given notice of the time and place of his release.

2. Petitioner shall comply with the conditions of his previous Order of Supervision while released.

3. Respondents shall not re-detain Petitioner under 8 C.F.R. § 241.13(i)(2)-(3) unless and until Respondents have obtained a travel document allowing for Petitioner's removal from the United States.

4. Respondents shall update the Court on the status of Petitioner's release on or before March 18, 2026.

Signed at Houston, Texas, on March 15, 2026.

                                                Hon. Keith P. Ellison
                                                United States District Judge