United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AMBROSE ONWUKA, | § | |
| | § | |
| *Petitioner,* | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-1406 |
| | § | |
| PAMELA BONDI, et al., | § | |
| | § | |
| *Respondents.* | § | |

## ORDER

Before the Court is Petitioner's Emergency Motion to Reconsider and Clarify (ECF No. 11). The Court determines that this Motion requires a response. Respondents are **ORDERED** to file a response by May 21, 2026. The Court also concludes that an order prohibiting Respondents from removing Petitioner from the Southern District of Texas while this Motion is pending is warranted. 1. Respondents **SHALL NOT** (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner to any facility outside the boundaries of the Southern District of Texas without first seeking and receiving leave from this Court. Such notice shall be filed in writing on the docket in this proceeding and shall state the reason why the government believes that such a movement is necessary and should not be stayed pending further court proceedings.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of May, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE